**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7834**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

        v.

DERICK FALLIN, a/k/a Black,

            Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:11-cr-00353-RDB-1)

Submitted:  August 31, 2020                         Decided:  September 8, 2020

Before GREGORY, Chief Judge, WILKINSON, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derick Fallin, Appellant Pro Se.  Jonathan Scott Tseui, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derick Fallin appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence under Amendment 782 to the Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fallin*, No. 1:11-cr-00353-RDB-1 (D. Md. Nov. 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*